

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

The Order of the Court is set forth below. The docket reflects the date entered.

| | |
|---|---|
| In re:  WILLIAM LOTTERHOS | CHAPTER 13 |
| DEBTOR | CASE NO.  17-13770 |

### ORDER GRANTING APPLICATION TO EMPLOY [DKT. #55 ]

WHEREAS, for good cause shown, this Court deems it appropriate to grant movant's Application to Employ; it is

ORDERED that the Application to Employ is approved and the employment of the law firm MORGAN & MORGAN – MEMPHIS, LLC, to prosecute a non-bankruptcy civil cause of action belonging to Mr. Lotterhos is allowed. No settlement of the underlying cause of action may be made, nor may any attorney fees or expenses be paid, without the prior authorization of this Court upon application made at the appropriate time.

##END OF ORDER##

Submitted by:

ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /karen.schneller@gmail.com
rlomenick@gmail.com

MORGAN & MORGAN – MEMPHIS, LLC
ONE COMMERCE SQUARE, SUITE 20
MEMPHIS, TN 38103
Direct Dial: (901) 333-1833
Fax: (901) 524-1727